```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 23755
  LARRY J MONTGOMERY
  PATRICIA A MONTGOMERY                   CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-8671    SSN XXX-XX-8970
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/18/07 .

   2.  The case was converted to Chapter 7 without confirmation, 06/27/2008.

   3.  The Debtor paid a total of $   4246.92 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ACC CONSUMER FINANCE | SECURED VEHIC | .00 | .00 | 2976.33 |
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | 870.05 | .00 | 1024.27 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| A ALL FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT | UNSECURED | NOT FILED | .00 | .00 |
| AOL LONG DISTANCE | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CMK INVESTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION BUREAU OF AME | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION CO OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CONSOLIDATED PATHOLOGIC | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED SVC GROUP | UNSECURED | NOT FILED | .00 | .00 |
| AD FINANCIAL TRUST | UNSECURED | NOT FILED | .00 | .00 |
| JAMES HAMLIN & CO | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |

```
LAKE SHORE PATHOLOGISTS    UNSECURED       NOT FILED              .00           .00
MERCHANTS CREDIT GUIDE     UNSECURED       NOT FILED              .00           .00
MHFS                       UNSECURED       NOT FILED              .00           .00
MIDLAND CREDIT MGMT        UNSECURED       NOT FILED              .00           .00
MIDWAY EMERGENCY PHYSICI   UNSECURED       NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED              .00           .00
OMNIUM WOLDWIDE INC        UNSECURED       NOT FILED              .00           .00
PAYDAY LOAN STORE          UNSECURED       NOT FILED              .00           .00
FREEDMAN ANSELMO LINDBER   UNSECURED       NOT FILED              .00           .00
PELLETTIERI & ASSOC        UNSECURED       NOT FILED              .00           .00
PEOPLES GAS                UNSECURED       NOT FILED              .00           .00
SENEX SERVICES             UNSECURED       NOT FILED              .00           .00
SENEX SERVICES             UNSECURED       NOT FILED              .00           .00
SENEX SERVICES             UNSECURED       NOT FILED              .00           .00
SENEX SERVICES             UNSECURED       NOT FILED              .00           .00
SENEX SERVICES             UNSECURED       NOT FILED              .00           .00
TRS RECOVERY SERVICES      UNSECURED       NOT FILED              .00           .00
UNIQUE NATIONAL COLLECTI   UNSECURED       NOT FILED              .00           .00
USAA AUTOMOBILE & HOME I   UNSECURED       NOT FILED              .00           .00
VERICORE                   UNSECURED       NOT FILED              .00           .00
WEST ASSET MANAGEMENT      UNSECURED       NOT FILED              .00           .00
ZION BENTON HIGH SCHOOL    UNSECURED       NOT FILED              .00           .00
```

Summary of disbursements:

|                    | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED |  870.05  |   .00    |    .00    |  .00  |  870.05  |
| PRINCIPAL PAID     | 4000.60  |   .00    |    .00    |  .00  | 4000.60  |
| INTEREST PAID      |    .00   |   .00    |    .00    |  .00  |    .00   |
| TOTAL PAID         | 4000.60  |   .00    |    .00    |  .00  | 4000.60  |

The Debtor's attorney, HAROLD M SAALFELD                 , was allowed $       .00
and was paid $        .00 .

The Trustee received $     246.32 .

Refunds to the Debtor totaled $        .00 .

　　Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/11/08                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE

```
                            PAGE   3
    CASE NO. 07 B 23755 LARRY J MONTGOMERY & PATRICIA A MONTGOMERY
```